JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZINA BUTLER,                                   )   CASE NO. CV 09-00761-MMM(Ex)
                                               )
                      Plaintiffs,              )
                                               )   ORDER DISMISSING CIVIL ACTION
            vs.                                )
                                               )
NATIONAL COMMUNITY                             )
RENAISSANCE OF CALIFORNIA,                     )
                                               )
                      Defendants.              )
                                               )
                                               )
_____            )

        THE COURT having been advised by counsel that the above-entitled action has been

settled;

        IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and

without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action

if settlement is not consummated.  This Court retains full jurisdiction over this action  and this

Order shall not prejudice any party to this action.


DATED: May 10, 2011                    _____
                                                MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE